JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 27, 2011

Check No. 2027089

Check Amount: $9,144.90

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40102-R | 00053 | CHARLES THOMAS & DEBRA MAYS HELTON | 7 | XXXXX2920 | 7.46 | 0.00 | 7.46 |
| | | Original check written to: <br> CARMAX AUTO FINANCE <br> 225 CHASTAIN MEADOWS CT. <br> KENNESAW, GA 30144 | | | | | |
| 06-40184-R | 00036 | BRIAN RAYMOND & CYNTHIA ARLENE ZIMMERMAN | 9 | XXXXX0-04 | 383.19 | 0.00 | 383.19 |
| | | Original check written to: <br> NORTHSTAR BANK OF TEXAS <br> C/O JONES, ALLEN AND FUQUAY, LLP <br> 8828 GREENVILLE AVENUE <br> DALLAS, TX 75243 | | | | | |
| 06-40300-R | 00002 | KEVIN NELSON QUICK & VERONICA JEAN DAVIS | 2 | XXXXX7242 | 58.87 | 0.00 | 58.87 |
| | | Original check written to: <br> CAVALRY PORTFOLIO SERVICES <br> 7 SKYLINE DRIVE, SUITE 250 <br> HAWTHORNE, NY 10532-2162 | | | | | |
| 06-40300-R | 00019 | KEVIN NELSON QUICK & VERONICA JEAN DAVIS | 12 | XXXXX7945 | 11.50 | 0.00 | 11.50 |
| | | Original check written to: <br> CONTINENTAL CREDIT <br> C/O SECURITY FINANCE-CENTRL BKCY <br> 652 BUSH RIVER ROAD #206 <br> COLUMBIA, SC 29210-7537 | | | | | |
| 06-40318-R | 00051 | CHRISTOPHER E. & KRISTINA N. MYERS | 7 | XXXXX0011 | 15.67 | 0.00 | 15.67 |
| | | Original check written to: <br> DEBRA CLAIRE DUFFY, DDS, PA <br> 2849 MORRISS ROAD <br> FLOWER MOUND, TX 75028 | | | | | |
| 06-40671-R | 00011 | THELMA S. FARMER | 4 | XXXXX8-01 | 0.00 | 425.60 | 425.60 |
| | | Original check written to: <br> TEXAS TRUST CREDIT UNION <br> P. O. BOX 2260 <br> MANSFIELD, TX 76063-0047 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 27, 2011

Check No. 2027089

Check Amount: $9,144.90

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40671-R | 00019 | THELMA S. FARMER | 4 | XXXXX8-01 | 188.88 | 0.00 | 188.88 |
| | | Original check written to: <br> TEXAS TRUST CREDIT UNION <br> P. O. BOX 2260 <br> MANSFIELD, TX 76063-0047 | | | | | |
| 06-40736-R | 00003 | GARY M. WIITA, JR. & SHARON C. WIITA | 3 | XXXXX5964 | 307.68 | 0.00 | 307.68 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEBT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 06-40736-R | 00022 | GARY M. WIITA, JR. & SHARON C. WIITA | 8 | 2783 | 100.28 | 40.81 | 141.09 |
| | | Original check written to: <br> NORTH CENTRAL TEXAS COLLEGE <br> C/O SAWKO & BURROUGHS <br> 1100 DALLAS DRIVE #100 <br> DENTON, TX 76205 | | | | | |
| 06-40736-R | 00033 | GARY M. WIITA, JR. & SHARON C. WIITA | | 7971 | 574.62 | 0.00 | 574.62 |
| | | Original check written to: <br> FLAGSTAR BANK <br> 5151 CORPORATE DRIVE <br> TROY, MI 48098-2639 | | | | | |
| 06-40747-R | 00002 | DAVID W. & MARTHA A. MESSER | 3 | XXXXX1291 | 539.50 | 99.87 | 639.37 |
| | | Original check written to: <br> CITIFINANCIAL MORTGAGE COMPANY <br> P. O. BOX 140609 <br> IRVING, TX 75014 | | | | | |
| 06-41673-R | 00018 | DELIA PALAVICINI | 6 | 5621 | 368.53 | 43.61 | 412.14 |
| | | Original check written to: <br> BAC HOME LOANS FKA COUNTRYWIDE <br> 7105 CORPORATE PTX B 209 <br> PLANO, TX 75024 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 27, 2011

Check No. 2027089

Check Amount: $9,144.90

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-42554-R | 00088 | JANNETTA S. WELLS | 15 | XXXXX9355 | 161.79 | 0.00 | 161.79 |
| | | Original check written to: <br> WILLIAMS LICENSING COMPANY C/O L RANDALL YAZBECK <br> 5050 QUORUM DRIVE, SUITE 140 <br> DALLAS, TX 75254 | | | | | |
| 08-41066-R | 00013 | ROGER D. & NORMA J. RIDEN | 11 | 9810 | 110.03 | 0.00 | 110.03 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEBT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 08-41066-R | 00017 | ROGER D. & NORMA J. RIDEN | 9 | XXXXX7616 <br> XXXXX8865 | 35.01 | 0.00 | 35.01 |
| | | Original check written to: <br> CASH EXPRESS <br> 1801 W. MORTON <br> DENISON, TX 75020 | | | | | |
| 09-42835-R | 00001 | KANDRE LINETT COVINGTON | 6 | XXXXX1104 | 0.00 | 4.74 | 4.74 |
| | | Original check written to: <br> CITIFINANCIAL AUTO <br> P. O. BOX 182287 <br> COLUMBUS, OH 43218 | | | | | |
| 09-43499-R | 00003 | JOSE RAMON & BRITTANI MICHELLE NEVAREZ | 3 | 0249 | 0.00 | 5.73 | 5.73 |
| | | Original check written to: <br> CITIFINANCIAL <br> 700 WEST SPRING CREEK PARKWAY <br> SUITE 100 <br> PLANO, TX 75023-4623 | | | | | |
| 09-43499-R | 00006 | JOSE RAMON & BRITTANI MICHELLE NEVAREZ | 4 | 3681 | 0.00 | 0.49 | 0.49 |
| | | Original check written to: <br> GMAC MORTGAGE <br> 3451 HAMMOND AVENUE <br> WATERLOO, IA 50702-5300 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 27, 2011

Check No. 2027089

Check Amount: $9,144.90

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-40328-R | 00004 | HENRY W & TRACY MICHELLE WAKEFIELD | 3 | 0585 | 0.00 | 0.64 | 0.64 |
| | | Original check written to: <br> OCWEN LOAN SERVICING <br> P. O. BOX 24781 <br> WEST PALM BEACH, FL 33416-4781 | | | | | |
| 10-40328-R | 00006 | HENRY W & TRACY MICHELLE WAKEFIELD | 2 | 0585 | 0.00 | 0.10 | 0.10 |
| | | Original check written to: <br> OCWEN LOAN SERVICING <br> P. O. BOX 24781 <br> WEST PALM BEACH, FL 33416-4781 | | | | | |
| 10-41073-R | 00012 | JOHN CARRUTH | 1 | XXXXX5266 | 83.23 | 0.00 | 83.23 |
| | | Original check written to: <br> RICHARDSON ISD <br> C/O PERDUE BRANDON FIELDER ET AL <br> P. O. BOX 13430 <br> ARLINGTON, TX 76094-0430 | | | | | |
| 10-41103-R | 00008 | DANNY RAY SIMS | 9 | XXXXX7583 | 59.91 | 0.00 | 59.91 |
| | | Original check written to: <br> EZ MONEY LOAN <br> 1455 CLARKSVILLE STREET <br> PARIS, TX 75460 | | | | | |
| 10-50120-R | 00034 | HAROLD R. MASSEY | | 3062 | 0.00 | 25.75 | 25.75 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> BKY PMT PROCESS MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| 10-50120-R | 00036 | HAROLD R. MASSEY | 7 | 3062 | 0.00 | 52.43 | 52.43 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> BKY PMT PROCESS MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| | | | | **TOTALS** | **$3,006.15** | **$699.77** | **$3,705.92** |